# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 10-107-TUC-FRZ (JM) |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| Ruben Gonzales, ) | |
| ) | |
| Defendant. ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Dismiss.

On April 26, 2010, Magistrate Judge Jacqueline Marshall conducted a hearing and on April 28, 2010 issued her Report and Recommendation. A copy was sent to all parties. Defendant filed objections, Plaintiff responded, and Defendant filed a reply.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation (Doc. #34) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter. Defendant's arguments are without basis in light of controlling Ninth Circuit authority. *See Steinert v. United States District Court for the District of Nevada*, 543 F.2d 69, 70-71 (9th Cir. 1976).

IT IS ORDERED that the Motion to Dismiss (Doc. #26) is Denied.

DATED this 28th day of June, 2010.

FRANK R. ZAPATA
United States District Judge