IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | CR 10-107-TUC-FRZ (JM) |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| vs. ) |  |
| Ruben Gonzales, ) |  |
| Defendant. ) |  |

Pending before the Court in this criminal matter are three separate motions to dismiss. All motions were referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation.

On January 10, 2011, Magistrate Judge Jacqueline Marshall conducted a hearing on all motions, taking the matters under advisement. Separate Report and Recommendations were issued, addressing each motion individually and setting forth a thorough procedural history and legal analysis.

In the first Report and Recommendation (Doc. 114), filed January 24, 2011, addressing Defendant's Motion to Dismiss - Due Process/Double Jeopardy Violation (Doc. 89), Magistrate Judge Marshall recommends that this Court, after an independent review of the record, grant the Defendant's Motion to Dismiss.

The second Report and Recommendation (Doc. 116), filed January 26, 2011, addressing Defendant's Motion to Dismiss Count One of the Indictment (Doc. 53),

recommends that the Court, "should this matter not be dismissed in its entirety based on the previously submitted Report and Recommendation, ... GRANT Defendant Ruben Gonzales' Motion to Dismiss."

Finally, Magistrate Judge Marshall issued her Report and Recommendation (Doc. 118), filed January 26, 2011, recommending that the Defendant's third Motion to Dismiss (Doc. 90) be denied.

The parties were sent copies of the Report and Recommendations, which advised in relevant part that "the parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the District Court. *See* 28 U.S.C. § 636(b)(1) and Rules 72(b), 6(a) and 6(e) of the Federal Rules of Civil Procedure."

Only the Defendant filed an objection to one of the Report and Recommendations, which recommended that the Court deny his final motion to dismiss. (Doc. 118).

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation (Doc. 114) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter;

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. 89) is GRANTED;

IT IS FURTHER ORDERED that this action is DISMISSED;

IT IS FURTHER ORDERED that all other pending matters are denied as moot.

DATED this 15th day of February, 2011.

Frank R. Zapata
Senior United States District Judge